IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELINDA WRIGHT, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) ) 1:21-CV-00447-SGC |
| LEGACY CABINETS, INC., | ) ) ) |
| DEFENDANT. | ) ) |

**PLAINTIFF'S SUPPLEMENTAL BRIEFING FOR
MOTION FOR LEAVE TO AMEND**

**COMES NOW** the Plaintiff and, pursuant to this Court's Order of October 1, 2021 [Doc. 17], supplements the argument and authority in support of her motion for leave to amend her Complaint. The Court has requested supplemental briefing to address the following two questions:

**1. Can Plaintiff's Motion to Amend Complaint demonstrate "good cause" required under F.R.C.P. 16(b)(4)?**

On August 26, 2021, the Plaintiff filed a Motion for Leave to Amend her complaint [Doc. 13].  This Motion was filed twenty (20) days outside the August 6, 2021 deadline imposed by the Court's Scheduling Order.  The proposed amendment adds no new claims or parties.  Rather, in and about responding to discovery with Plaintiff, Plaintiff "fleshed out" the factual basis for her claims in greater detail and with more specificity than she did in her EEOC charge which constituted the primary basis of her

Complaint in this case. Those "fleshed out" facts are contained in her responses to Defendant's Interrogatories. Plaintiff's Motion for Leave to Amend only seeks to add the facts in greater detail, which have been disclosed to Defendant in response to her interrogatories, to the Complaint in order to get a more specific and accurate pleading before this Court. It bears noting that after the responses to interrogatories were served on Defendant and after the Motion for Leave to Amend which contained the proposed amended complaint, Defendant took Plaintiff's deposition on September 15, 2021 which gave Defendant ample opportunity to discover and examine the factual basis of Plaintiff's Complaint.

With all due candor to the Court: "A district court's schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The 11th Circuit has held that: "This good cause standard precludes modification unless the schedule cannot 'be met despite the diligence of the party seeking the extension.'" That "the information supporting the proposed amendment to the complaint was available to [the plaintiff] even before she filed suit" weighs against a finding of diligence. If the plaintiff makes the required good cause showing, the district court may give leave to amend the complaint and "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). *AMG Trade & Distribution, LLC v. Nissan N. Am., Inc.*, 813 F. App'x 403, 408-09 (11th Cir. 2020) (internal citations omitted).

Granted, the "fleshed out facts" were likely known to Plaintiff at the time of the filing of this lawsuit. However the Scheduling Order at issue [Doc. 11] says: "No causes of action, defenses or parties" may be added after August 6, 2021. The Scheduling Order

says nothing about adding additional facts.  Given that this Court has broad discretion over granting or denying amendments to the pleadings, Plaintiff would submit that her amendment to the Complaint be allowed given the nature of the amendment and the fact that Defendant has been given opportunity to discover and probe the factual basis she seeks to add to the Complaint.

### 2. Practically speaking, how would the Court's resolution of Plaintiff's Motion to Amend impact this case moving forward.

There should be no impact on the case moving forward.  The Defendant has had the opportunity to examine the facts that would be the basis of the amendment to the Complaint.  Since no additional party or cause of action is sought to be added, no deadlines would be impacted by granting the Motion.

### CERTIFICATE OF SERVICE

I hereby certify on October 4, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mark T. Waggoner, Esq.
Christine Harding Hart, Esq.
Hand Arendall Harrison Sale LLC
**1801 5th Avenue North, Suite 400**　　　　Post Office Box 123
Birmingham, AL 35203　　　　　　　　　　　Mobile, Alabama 36601
205-324-4400　　　　　　　　　　　　　　　251-432-5511
mwaggoner@handfirm.com　　　　　　　　chart@handfirm.com

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

None.

　　　　　　　　　　　　　　　　　　　　　  /s/ *W. Whitney Seals*
　　　　　　　　　　　　　　　　　　　　　OF COUNSEL