# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MELINDA WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00447-NAD |
| LEGACY CABINETS, INC., | ) |
| Defendant. | ) |

## ORDER SETTING HEARING

The court **SETS** a motion hearing on Defendant Legacy Cabinets, Inc.'s pending motion for summary judgment (Doc. 22) for **Thursday, June 9, 2022, at 10:30 AM** before Judge Nicholas A. Danella in **Courtroom 3B** of the Hugo Black Federal Courthouse, 1729 5th Avenue North, Birmingham, Alabama, 35203.

The parties will receive a tentative ruling from the court shortly before the hearing begins, and should plan to present focused oral argument based on that tentative ruling.

**DONE** and **ORDERED** this April 19, 2022.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE