# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MELINDA WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00447-NAD |
| ) | |
| LEGACY CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING IN PART
## DEFENDANT'S SUMMARY JUDGMENT MOTION

Defendant Legacy Cabinet, Inc.'s pending motion for summary judgment (Doc. 22) is set for a motion hearing on Thursday, June 9, 2022. Doc. 29. In light of Plaintiff Melinda Wright's opposition brief (Doc. 27), and the (email) correspondence with Plaintiff Wright's counsel on Monday, April 18, 2022, that hearing will address only the claim for discrimination under the Americans with Disabilities Act (ADA), and the claim for discrimination under Title VII, as alleged in Wright's complaint (Doc. 1).

Wright's complaint alleged four claims for relief: discrimination under the ADA (Count 1), discrimination under Title VII (Count 2), and retaliation under Title VII (Count 3) and the ADA (Count 4). Doc. 1.

In her opposition to Defendant Legacy Cabinets' summary judgment motion, Wright "voluntarily dismisse[d] her Retaliation Claim under Title VII (Count [3])."

1

Doc. 27 at 2. Wright's opposition brief did not address the claim for retaliation under the ADA (Count 4). *See generally* Doc. 27. But Wright's counsel later confirmed in correspondence that Wright also intended to dismiss Count 4.

Consequently, the court **GRANTS IN PART** Defendant Legacy Cabinets' summary judgment motion (Doc. 22), and **DISMISSES WITH PREJUDICE** the following claims:

- Title VII retaliation (Count 3), *see* Doc. 1 at 7–9; and
- ADA retaliation (Count 4), *see* Doc. 1 at 9.

As a result, the June 9 hearing will address only Wright's discrimination claims under the ADA (Count 1) and Title VII (Count 2).

**DONE** and **ORDERED** this June 1, 2022.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE