| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PLAINTIFF |
| | | | | | | | | | | GOVERNMENT |
| | | | | | | | | | | DEFENDANT |
| | | | | | | | | | | COURT |
| | | | | | | | | | | JOINT |
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | Northeast Alabama Regional Medical Center Letter dated 7/26/2018 (Ex. 10 to Plaintiff's Deposition) |
| | 2 | | | | | | | | | Defendant Attendance Policy (Ex. 11 to Plaintiff's Deposition) |
| | 3 | | | | | | | | | Work Excuse dated 9/4/2018 (Ex. 15 to Plaintiff's Deposition) |
| | 4 | | | | | | | | | Excuse for Dental Appointment dated 9/24/2018 (Ex. 16 to Plaintiff's Deposition) |
| | 5 | | | | | | | | | Robin H. letter dated 10/3/2018 (Ex. 18 to Plaintiff's Deposition) |
| | 6 | | | | | | | | | Northeast Alabama Regional Medical Center Work Status Report dated 10/3/2018 (Ex. 19 to Plaintiff's Deposition) |
| | 7 | | | | | | | | | Brookwood Baptist Health letter dated 10/22/2023 (Ex. 20 to Plaintiff's Deposition) |
| | 8 | | | | | | | | | Handwritten Memo (Ex. 2 to Mr. Eady's Deposition) |
| | 9 | | | | | | | | | Employee Warning Notice (Ex. 3 to Mr. Eady's Deposition) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 10 | | | | | | | | | Employee Warning Notice (Ex. 4 to Mr. Eady's Deposition) |
| | 11 | | | | | | | | | Memo by Ricardo Gelpi (Ex. 5 to Mr. Eady's Deposition) |
| | 12 | | | | | | | | | 2018 Attendance Calendar (Ex. 6 to Mr. Eady's Deposition) |
| | 13 | | | | | | | | | Employee Handbook (Ex. 7 to Mr. Eady's Deposition) |
| | 14 | | | | | | | | | Defendant's Responses to Plaintiff's First Set of Interrogatories (Ex. 8 to Mr. Eady's Deposition) |
| | 15 | | | | | | | | | Call Log (E. 9 to Mr. Eady's Deposition) |
| | 16 | | | | | | | | | Work Excuses (Ex. 10 to Mr. Eady's Deposition) |
| | 17 | | | | | | | | | Northwest Georgia Medical Clinic Work Excuse dated 11/16/2018 (Ex. 11 to Mr. Eady's Deposition) |
| | 18 | | | | | | | | | Regional Medical Center Work Excuse dated 11/13/2018 (Ex. 12 to Mr. Eady's Deposition) |
| | 19 | | | | | | | | | Defendant's Response to EEOC Complaint (Ex. 13 to Mr. Eady's Deposition) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 20 | | | | | | | | | Defendant's Letter dated 8/6/2018 (Ex. 14 to Mr. Eady's Deposition) |
| | 21 | | | | | | | | | HRIS Form (Ex. 15 to Mr. Eady's Deposition) |
| | 22 | | | | | | | | | Answer to Complaint (Doc. 5) |
| | 23 | | | | | | | | | Any Responses to Plaintiff's Interrogatories |
| | 24 | | | | | | | | | Any Exhibit listed on Defendant's Exhibit list that Plaintiff does not object to. |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| | 28 | | | | | | | | | |
| | 29 | | | | | | | | | |