FILED
2023 Apr-10  PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **MELINDA WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **1:21-cv-00447-NAD** |
| ) | |
| **LEGACY CABINETS, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S TRIAL WITNESS LIST

Defendant Legacy Cabinets, LLC ("Legacy") submits the following list of witnesses it will or may call at trial:

**A.  Live witnesses Defendant expects to call:**

1. Melinda Wright

2. Ricardo Gelpi

3. Robin Hernandez

**B.  Witnesses by deposition or live testimony that Defendant may call as the need arises:**

1. Mark Eady (live or by 30(b)(6) deposition testimony)

2. Michael Cruse, Human Resources Manager, Legacy Cabinets (contact through undersigned counsel)

Defendant reserves the right to call any rebuttal or impeachment witnesses made necessary by testimony at trial even though not specifically listed in this witness list. Defendant also reserves the right to call any witnesses needed to authenticate its exhibits or other documents, or any witnesses revealed through subsequent discovery.

Defendant reserves the right to amend and/or supplement this witness list.

> *s/ Christine Harding Hart*
> MARK T. WAGGONER
> CHRISTINE HARDING HART
> *Attorneys for Defendant*
> *Legacy Cabinets, LLC*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
(205) 324-4400
mwaggoner@handfirm.com

Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
chart@handfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2023, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John C. Hubbard | W. Whitney Seals |
| John C. Hubbard, LLC | Cochrun & Seals, LLC |
| Post Office Box 953 | Post Office Box 10448 |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35202-0448 |
| jch@jchubbardlaw.com | whitney@cochrunseals.com |

                                          *s/ Christine Harding Hart*