FILED
2023 Apr-10 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

***Melinda Wright v. Legacy Cabinets, LLC*, No. 1:21-cv-447-NAD**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>**DEFENDANT**<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | Legacy Employee Handbook (EEOC 0024-0046) |
| | 2 | | | | | | | | | New Employee Orientation (Legacy 0084-0085) (Exhibit 1 to Wright Depo) |
| | 3 | | | | | | | | | Acknowledgment of Employment-at-Will and Acknowledgment of Receipt (1/24/18) (Legacy 0101) (Exhibit 2 to Wright Depo) |
| | 4 | | | | | | | | | Employee Acknowledgment (1/24/18) (Legacy 0086) (Exhibit 3 to Wright Depo) |
| | 5 | | | | | | | | | Personal Protective Equipment Acknowledgement (1/24/18) (Legacy 0089) (Exhibit 4 to Wright Depo) |
| | 6 | | | | | | | | | Accident/Injury Investigation Witness Statement (2/12/18) (Legacy 0023-0026) (Exhibit 5 to Wright Depo) |
| | 7 | | | | | | | | | Acknowledgment of Employment-at-Will and Acknowledgment of Receipt (4/9/18) (Legacy 0100) (Exhibit 6 to Wright Depo) |
| | 8 | | | | | | | | | Employee Warning Notice (5/2/18) (Legacy 0003) (Exhibit 7 to Wright Depo) |
| | 9 | | | | | | | | | Employee Warning Notice (7/18/18) (Legacy 0004) (Exhibit 8 to Wright Depo) |

*Melinda Wright v. Legacy Cabinets, LLC*, No. 1:21-cv-447-NAD

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 10 |  |  |  |  |  |  |  | Employee Acknowledgment (4/9/18) (Legacy 0093) (Exhibit 9 to Wright Depo) |
| 11 |  |  |  |  |  |  |  | Certificate to Return to Work or School from Northeast Alabama Regional Medical Center (7/26/18) (Legacy 0017) (Exhibit 10 to Wright Depo) |
| 12 |  |  |  |  |  |  |  | Attendance Policy (Exhibit 11 to Wright Depo) |
| 13 |  |  |  |  |  |  |  | Acknowledgement of Employee Handbook (8/6/18) (Legacy 0102) (Exhibit 12 to Wright Depo) |
| 14 |  |  |  |  |  |  |  | HRIS Form (8/6/18) (Legacy 0090) (Exhibit 13 to Wright Depo) |
| 15 |  |  |  |  |  |  |  | Employee Acknowledgment (8/6/18) (Legacy 0092) (Exhibit 14 to Wright Depo) |
| 16 |  |  |  |  |  |  |  | School or Work Excuse (9/4/2018) (Legacy 0045) (Exhibit 15 to Wright Depo) |
| 17 |  |  |  |  |  |  |  | Excuse for Dental Appointment (9/24/18) (Legacy 0044) (Exhibit 16 to Wright Depo) |
| 18 |  |  |  |  |  |  |  | Employer's First Report of Injury or Occupational Disease (No date) (Legacy 0057) (Exhibit 17 to Wright Depo) |
| 19 |  |  |  |  |  |  |  | Note from Supervisor Robin H. (10/3/18) (Legacy 0014) (Exhibit 18 to Wright Depo) |
| 20 |  |  |  |  |  |  |  | Occupational Health - Work Status Report (10/3/18) (Legacy 0022) (Exhibit 19 to Wright Depo) |
| 21 |  |  |  |  |  |  |  | Work Excuse from Brookwood Baptist Health (10/22/18) (Legacy 0018) (Exhibit 20 to Wright Depo) |

*Melinda Wright v. Legacy Cabinets, LLC*, No. 1:21-cv-447-NAD

*Melinda Wright v. Legacy Cabinets, LLC*, No. 1:21-cv-447-NAD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 22 | | | | | | | | | Charge of Discrimination (5/10/19) (Exhibit 22 to Wright Depo) |
| 23 | | | | | | | | | Work Excuse from Northwest Georgia Medical Clinic (11/16/2018) (Legacy 0021) (Exhibit 23 to Wright Depo) |
| 24 | | | | | | | | | Work/School Excuse Letter (11/5/2018) (Legacy 0020) (Exhibit 24 to Wright Depo) |
| 25 | | | | | | | | | Work/School Absence Form (11/13/2018) (Regional Medical Center Anniston 000011) (Exhibit 25 to Wright Depo) |
| 26 | | | | | | | | | Letter from Plaintiff's Counsel (3/27/2019) (Exhibit 26 to Wright Depo) |
| 27 | | | | | | | | | Personnel File Cover Sheet (Legacy 0001) (Exhibit 2 to Eady Depo) |
| 28 | | | | | | | | | Note from Supervisor Ricardo Gelpi (11/19/18) (Legacy 0016) (Exhibit 5 to Eady Depo) |
| 29 | | | | | | | | | 2018 Attendance Calendar (Legacy 0002) (Exhibit 6 to Eady Depo) |
| 30 | | | | | | | | | Call Log (Legacy 0123-0137) |
| 31 | | | | | | | | | Documents from the EEOC (EEOC 0001-0008) |
| 32 | | | | | | | | | Plaintiff's time records (Legacy 0005-0013) |
| 33 | | | | | | | | | Plaintiff's personnel records (Legacy 0001-0102) |
| 34 | | | | | | | | | Documents from Sunrise Community of Georgia, Inc. (Sunrise 0005-0006, 0008-0012, 0021, 0031, 0047, 0054.) |

*Melinda Wright v. Legacy Cabinets, LLC*, No. 1:21-cv-447-NAD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | Documents from Northeast Alabama Regional Medical Center (Regional Medical Center Anniston (Regional Medical Center Anniston 000001-000506 and Executed Certification of Records). |
| 36 | | | | | | | | | Documents from Northwest Georgia Medical Clinic (Northwest Georgia Medical Clinic 000001-0000819 and Executed Certification of Medical Records). |
| 37 | | | | | | | | | Plaintiff's Tax Records, 2018 to present. |
| 38 | | | | | | | | | Plaintiff's Job Applications, November 2018-present |
| 39 | | | | | | | | | Plaintiff's Discovery Responses |

**STYLE:**       *Melinda Wright v. Legacy Cabinets*               **CASE NUMBER:  1:21-cv-00447-NAD**