IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MELINDA WRIGHT,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| V. ) | 1:21-CV-00447-NAD |
| ) | |
| **LEGACY CABINETS, LLC,** ) | |
| ) | |
| **DEFENDANT.** ) | |

### PLAINTIFF'S DAMAGES LIST

Plaintiff Melinda Wright, by and through counsel, hereby files her Damages List as follows:

1. Back Pay: $33,409.26.

    a. "Back pay is the difference between the actual wages earned and the wages the individual would have earned in the position that, but for the discrimination, the individual would have attained." *Akouri v. Florida Dep't of Transp.*, 408 F.3d 1338, 1343 (11th Cir. 2005) (quotation omitted). "Unrealistic exactitude is not required as the back-pay calculation may be based on just and reasonable inference of the missing or imprecise figure." Id. (quotation omitted). However, the plaintiff must present some evidence from which the finder of fact can begin a reasonable calculation of a back-pay award. Id. at 1344 (holding that a successful Title VII plaintiff was entitled only to nominal damages due to his failure to provide "any evidence whatsoever of his actual earnings while employed"). *Gryder v. Dennin*, 427 F. App'x 844, 846 (11th Cir. 2011).

2. Back Pay Interest.

    a. Prejudgment interest on the back pay at the rate specified in 28 U.S.C. § 1961. The Eleventh Circuit has instructed that the interest rate to be applied to back pay awards for purposes of calculating prejudgment interest is the prevailing IRS prime rates during the relevant time period (from the date of the discriminatory decision through the entry of final judgment). *EEOC v. Guardian Pools, Inc.*, 828 F.2d 1507, 1512 (11th Cir. 1987); *Frazier v. City of Gadsden*, No. 4:13-CV-757-VEH, 2016 U.S. Dist. LEXIS 63601, 2016 WL 2771128, at *10 (N.D. Ala. May 13, 2016); *Smith v. Diamond Dev. & Inv.*, No. 1:13-CV-02017-TCB-JFK, 2014 U.S. Dist. LEXIS 188970, 2014 WL 11930588, at *7 (N.D. Ga. June 19, 2014) (concluding that the IRS prime rates that prevailed during the period of discrimination should be used to calculate prejudgment interest); *Stinson v. City of Centre*, No. 4:08-CV-955-VEH, 2010 U.S. Dist. LEXIS 147126, 2010 WL 11614229, at *4 (N.D. Ala. Apr. 7, 2010); *Krempasky v. Hendricks Rest. Holdings Llc*, No. 1:18-CV-4279-MLB-LTW, 2019 U.S. Dist. LEXIS 236972, at *16 n.1 (N.D. Ga. June 7, 2019). This amount will be determined after final judgment.

3. Other compensatory damages for mental anguish and emotional distress to be determined by a jury from the evidence at trial. Such damages include physical pain and suffering, humiliation, embarrassment and mental and emotional harm.
4. Punitive Damages to be determined by a jury from the evidence at trial.
5. Reasonable Attorney's Fees and costs: Approximately 70 hours combined as of April, 17, 2023. This number will continue to accrue as litigation processes.

      a. Courts within the Eleventh Circuit use the "lodestar" method determine to determine the reasonable fee award. *Norman v. Hous. Auth.*, 836 F.2d 1292, 1299 (11th Cir. 1988). The lodestar is calculated by multiplying the number of hours reasonably expended by a reasonable hourly rate. *Gonzalez v. Rainforest Café, Inc.*, 2018 U.S. Dist. LEXIS 131096, 2018 WL 3635110, *2 (M.D. Fla. 2018) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 433, 103 S. Ct. 1933, 76 L. Ed. 2d 40 (1983) and applying the lodestar analysis in an FMLA case). Upon a successful action and once the total amount of hours is ascertained, Plaintiff intends to request an award of attorney's fees which will be calculated using the lodestar method.

                                        /s/ John C. Hubbard
                                        John C. Hubbard
                                        Attorney for Plaintiff

**OF COUNSEL:**

John C. Hubbard LLC
PO Box 953
Birmingham, AL 35203
(205) 378-8121

## CERTIFICATE OF SERVICE

      I hereby certify on this the 17th day of April 2023, the foregoing was filed using the Court's CM/ECF filing system which will serve said filing upon the following:

Mark T. Waggoner, Esq.
Christine Harding Hart, Esq.
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203

                                        /s/ John C. Hubbard